UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY VEGA, | ) | CASE NO. CV 13-01496 PA (RZ) |
|  Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| G.J. JANDA, WARDEN, | ) | |
|  Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: November 19, 2013

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE