UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VEGA,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>G.J. JANDA, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 13-01496 PA (RZ)<br><br>RENEWED ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On November 29, 2013, the Court vacated, without prejudice, the following three November 19 orders: (1) its Order Accepting the Magistrate Judge's Report; (2) its Judgment dismissing this habeas action with prejudice; and (3) its Order Denying Certificate of Appealability. It did so because Petitioner had alerted the Court that, due to a prison transfer, he did not have an opportunity to present timely Objections. The vacatur order gave Petitioner 20 days to file Objections and cautioned him that, if Petitioner failed to file persuasive Objections on time, then the three orders would be re-entered. Petitioner has failed to file any Objections as of January 17, 2014. Thus, the Court enters this renewed order accepting the Magistrate Judge's Report. (The Court renews its other two vacated orders under separate cover.)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. The Court

| | |
|---|---|
| 1 | has given Petitioner an opportunity to file Objections to the Report, but he has not done so. |
| 2 | The Court accepts the findings and recommendations of the Magistrate Judge. |

DATED: January 23, 2014

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE