UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY VEGA, | ) | CASE NO. CV 13-01496 PA (RZ) |
| Petitioner, | ) | |
| | ) | RENEWED JUDGMENT |
| vs. | ) | |
| G.J. JANDA, WARDEN, | ) | |
| Respondent. | ) | |

On November 29, 2013, the Court vacated, without prejudice, the following three November 19 orders: (1) its Order Accepting the Magistrate Judge's Report; (2) its Judgment dismissing this habeas action with prejudice; and (3) its Order Denying Certificate of Appealability. It did so because Petitioner had alerted the Court that, due to a prison transfer, he did not have an opportunity to present timely Objections. The vacatur order gave Petitioner 20 days to file Objections and cautioned him that, if Petitioner failed to file persuasive Objections on time, then the three orders would be re-entered. Petitioner has failed to file any Objections as of January 17, 2014. Thus, the Court enters this renewed Judgment. (The Court renews its other two vacated orders under separate cover.)

This matter came before the Court on the Petition of ANTHONY VEGA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 23, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE